IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GLEN BARNHILL and<br>JAMES COCHRAN, | )<br>)<br>) | |
| Plaintiff, | )<br>) | NO. 3:10-0178<br>JUDGE HAYNES |
| v. | )<br>)<br>) | |
| DAVID GOETZ, Commissioner,<br>Tennessee Department of Finance and<br>Administration; and DARIN GORDON,<br>Deputy Commissioner and Director,<br>Bureau of TennCare, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

The status conference is reset in this action for **Friday, May 21, 2010 at 2:00 .m.**

It is so **ORDERED**.

**ENTERED** this the ____6th____ day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge