IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GLEN BARNHILL and<br>JAMES COCHRAN, | )<br>)<br>) | |
| Plaintiff, | )<br>) | NO. 3:10-0178<br>JUDGE HAYNES |
| v. | )<br>) | |
| DAVID GOETZ, Commissioner,<br>Tennessee Department of Finance and<br>Administration; and DARIN GORDON,<br>Deputy Commissioner and Director,<br>Bureau of TennCare, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

The preliminary injunction set for **Friday, July 23, 2010 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 26th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge