IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Glen Barnhill and Justin Cochran, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:10-cv-178 |
| v. ) | Judge Haynes |
| ) | |
| David Goetz, et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] PRETRIAL ORDER

Upon motion to intervene, filed by Vanderbilt University Medical Center (Doc. 47), and with Plaintiffs' agreement, intervention is GRANTED for good cause shown over Defendant's opposition. Defendants may file a motion to reconsider if they so choose.

It is ORDERED that the Plaintiffs' motion for a preliminary injunction shall be set for an evidentiary hearing on Friday, July 23, 2010 at 10 AM CDT in order to allow the parties time to complete formal discovery two weeks prior to the hearing or by July 9, 2010. The parties shall file their notice of witnesses, exhibits and further declarations, if any, by July 13, 2010.

Any motion for preliminary relief by Intervenor, Vanderbilt University Medical Center, will be heard the same date (7/23/10) unless Vanderbilt seeks and obtains a hearing on an earlier date.

ENTERED the 26th day of May, 2010.

HON. WILLIAM J. HAYNES
United States District Judge